25703, 25704.   BARRESI et al. v.
BROWNE et al.; and vice versa.

UNDERCOFLER, Justice. The Supreme Court of the United States by judgment of that court entered on April 20, 1971, reversed the judgment of this court in Divisions 1 and 2 of *Barresi v. Browne,* 226 Ga. 456 (175 SE2d 649), wherein this court had reversed the judgment of the Superior Court of Clarke County. Therefore, the judgment of this court in Divisions 1 and 2 of the above decision is vacated and the judgment of the trial court on these issues is affirmed.

*Judgment affirmed on the main appeal; reversed on the cross appeal. All the Justices concur.*

DECIDED JUNE 7, 1971.

*Heard & Leverett, E. Freeman Leverett,* for appellants.
*Erwin, Epting, Gibson & Chilivis, Eugene A. Epting, J. Lee Perry, Assistant Attorney General,* for appellees.